IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATHAN J. HAWKEY,

    Plaintiff,

v.                                                  Case No.: 2:16-cv-667
                                                  JUDGE GEORGE C. SMITH
                                                  Magistrate Judge Deavers

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on August 11, 2017. (Doc. 18). The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS** the *Report and Recommendation*. The Commissioner of Social Security's nondisability finding is hereby **REVERSED** and this case is remanded to the Commissioner and the Administrative Law Judge for further proceedings pursuant to 42 U.S.C. § 405(g), Sentence Four.

The Clerk of this Court shall remove Document 18 from the Court's pending motions list. Further, the Clerk is instructed to enter final judgment and close this case.

        **IT IS SO ORDERED.**

                                                    */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**